# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>$27,990.00 IN UNITED STATES CURRENCY,<br><br>                Defendant. | 8:12CV220<br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation for Dismissal with prejudice (Filing No. 44).  The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal with prejudice (Filing No. 44) is approved;

2. This lawsuit is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 4th day of June, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge