IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:12CV220 |
|---|---|---|
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY |
| $27,900.00 IN UNITED STATES CURRENCY, | ) ) ) | EXHIBITS SHOULD NOT BE DESTROYED |
| Defendant. | ) ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the parties shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Claimant's Exhibits    Jury Trial    03/22/2013

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 11th day of January, 2012.

**to Withdraw Exhibits or to Show Cause Why Exhibits Should Not be Destroyed.**

BY THE COURT'

s/ Laurie Smith Camp
Chief United States District Judge